UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                                                       Bankr. Case No. 11-41849-JPC-13

MILDRED PERSON                                                                           Chapter 13

     Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        AmeriCredit Financial Services, Inc.
                        PO Box 183853
                        Arlington, TX  76096

                        AmeriCredit Financial Services, Inc.

                        By  /s/ James Hogan, Jr.

                        James Hogan, Jr.
                        PO Box 183853
                        Arlington, TX  76096
                        877-203-5538
                        877-259-6417
                        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 25, 2011 :

| | |
|---|---|
| JEFFREY L BENSON<br>3337 W 95th St Suite 2<br>Evergreen Park, IL 60805 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 |

By /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx17158 / 620320