NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Mildred Person
7334 S. Carpenter
Chicago, IL 60621
SSN: xxx–xx–4553 EIN: N.A.

Case No. :   11–41849
Chapter :   13
Judge :   Jacqueline P. Cox

---

### NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : SPRINGLEAF FINANCIAL SERV of INDIANA INC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to LVNV Funding LLC of your claim in the above matter, designated Claim No. 8 in the amount of $17166.37.   If no objections are filed by you on or before November 14, 2013 the Court shall substitute LVNV Funding LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: October 25, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court